

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00986-CR

**EX PARTE** Eduardo Tamayo **CHINO**

From the County Court, Kinney County, Texas
Trial Court No. 13966CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on November 30, 2023.

SIGNED August 5, 2025.

_____
Irene Rios, Justice